# EXHIBIT "E"

**Infringement Claim Chart for U.S. Pat. No. 7,992,773 v. Chewy, Inc. ("Defendant")**

| Claims 1 | Evidence |
|---|---|
| 1.A method comprising: | *Defendant provides a QR code on printed media (e.g., advertisements, packaging) associated with selected products (e.g. product nutritional information).*  https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf<br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |

| | |
|---|---|
| a) detecting symbology associated with an object; | *The Defendant, at least during internal use and testing, uses a portable electronic device (smartphone or tablet) to detect symbology (e.g., pattern of QR code) associated with an object (product nutritional information) within the digital image (e.g., area on printed media that includes the QR code).*<br><br><br><br>https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf<br><br><br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |

| | |
|---|---|
| b) decoding the symbology to obtain a decode string; | *Defendant, at least during internal use and testing, decodes the symbology (i.e., QR code pattern) to obtain a decode string using one or more visual detection applications residing on the portable electronic device (i.e., smartphone).*<br><br>*For example, the smartphone decodes the QR code using the image taken from the smartphone camera of the product nutritional information.*<br><br><br><br>https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf<br><br><br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |

| | |
|---|---|
| c) sending the decode string to one or more visual detection applications for processing, the one or more visual detection applications residing on a portable electronic device; | *The Defendant, at least during internal use and testing, sends the decode string to a visual detection application present on a portable electronic device (i.e., smartphone or tablet) for processing.*<br><br><br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |

| | |
|---|---|
| d) receiving a first amount of information about the object from the one or more visual detection applications; | *The portable electronic device used to detect the QR code, at least during internal use and testing, receives a first amount of information about the object (e.g. a decode string and corresponding URL), wherein the information received by the portable device (e.g., smartphone or tablet) is based on the decode string of the object (i.e., decoding QR code on product nutritional information).*<br><br><br><br>https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf<br><br><br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |

| | |
|---|---|
| e) sending the decode string to a remote server for processing; | *The Defendant, at least during internal use and testing, sends the decode string to a remote server for processing. For example, the smartphone sends the information associated with the QR code to the Defendants' server(s). The smartphone contacts the Defendants' server(s) and the information associated with the QR code is retrieved.*<br><br><br><br>http://www.qreative-media.de/images/qr-codes-action.jpg<br><br><u>Upon scanning the QR code located on the product nutritional information, the website below is displayed.</u> |

| | |
|---|---|
| | <br>http://m.wysong.net/?diet=ge |
| f) receiving a second amount of | *The portable electronic device used to detect the QR code, at least during internal use and testing, receives a second amount of information about the object (e.g., Website and contents related to product* |

| information about the object from the remote server; | *nutritional information) from the remote server (e.g., servers hosting the further information).*  https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf |
|---|---|


http://m.wysong.net/?diet=ge

| | |
|---|---|
| |   *http://searchenginewatch.com/IMG/628/175628/2d-barcode-scanning-process.png?1430054031* |
| g) combining the first amount of information with the second amount of information to obtain cumulative information; and | *The portable electronic device is used to combine a first amount of information (e.g. decode string and corresponding URL) with the second amount of information (e.g. the corresponding Website) to obtain cumulative information (e.g. a display of both the URL and the corresponding website).*    *http://searchenginewatch.com/IMG/628/175628/2d-barcode-scanning-process.png?1430054031* |

| | |
|---|---|
| | <br>http://m.wysong.net/?diet=ge |
| h) displaying the | *The portable electronic device used to display the combined information about the object or product* |

| | |
|---|---|
| cumulative information on a display device associated with the portable electronic device; | *with the other related information about the defendant's product on a display device of portable electronic device (i.e., smartphone or tablet).*<br><br><br><br>*http://searchenginewatch.com/IMG/628/175628/2d-barcode-scanning-process.png?1430054031* |

| | |
|---|---|
| <br>http://m.wysong.net/?diet=ge | |
| i) wherein one or | The portable electronic device utilized by the Defendant, in at least internal use and testing, allows |

| | |
|---|---|
| more visual detection systems are configured to run in the background with respect to other systems associated with the portable electronic device, the visual detection systems comprising the one or more visual detection applications and one or more visual detection devices, the one or more visual detection devices configured to detect the symbology associated with the object. | for a visual detection system (e.g. the camera functionality in combination with the QR Code Scanning application) to run in the background with respect to other systems associated with the mobile device (e.g. the QR Code scanning application and its corresponding camera functionality can be run in the background in standby), the visual detection systems comprising one or more visual detection applications (e.g. QR code scanning applications) and one or more visual detection devices (e.g. the camera integrated on the smartphone), the one or more visual detection devices configured to detect the symbology associated with the object (e.g. the camera on the smartphone is configured to detect and decode QR codes via the QR code scanning application). |





https://support.apple.com/en-us/HT202070



| | |
|---|---|
| | The recent apps list is just that, a list of recent apps with thumbnails. There is no guarantee that the apps are actually running any code just because they are in the list. When a user hits the home button, an app does not immediately enter some thing akin to Suspended mode on iOS. The process associated with an Android app remains in the background and is allowed to do any work it needs to. Apps on Android might use multiple processes, and multiple apps can share a single process.<br><br>When users want to return to an app they have left, the process is restored as a foreground app almost instantly. In a perfect world, an Android device would never run out of memory, and all these processes could live in RAM forever. This being the real world, your device will probably run short of RAM at some point. When that happens, it's much the same as iOS. The system kills the process and the kernel reclaims the resources. The next time a user opens that app, it has to completely reloaded. This app could still be in the recent apps list, which has no bearing on whether or not its process is still running in the background.<br><br>http://www.extremetech.com/computing/112013-how-multitasking-works-on-android-and-ios/2 |