# EXHIBIT "F"

**Infringement Claim Chart for U.S. Pat. No. 8,424,752 vs. Chewy, Inc. ("Defendant")**

| Claim 1 | Evidence |
|---|---|
| 1. A method comprising: | *Defendant provides a QR code on printed media (e.g., advertisements, packaging) associated with selected products; e.g., product nutritional information.*<br><br>Geriatrx™ is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profiles for Maintenance.<br><br>For an explanation of all ingredients, please scan this QR Barcode with your mobile, or visit **m.Wysong.net/ge**<br><br>All ingredients have a nutritional purpose and function.<br><br>https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf<br><br>QR-Code → Scan → Decode → Action<br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |
| a) capturing a digital image using a digital image capturing device that is part of a portable electronic device; | *Defendant, at least during internal use and testing, captures a digital image (i.e., area on printed media that contains the QR code) using a digital image capturing device (i.e., camera) that is part of a portable electronic device (e.g., smartphone, tablet).* |

**Infringement Claim Chart for U.S. Pat. No. 8,424,752 vs. Chewy, Inc. ("Defendant")**

|  | |
|---|---|
| |  https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf  http://www.qreative-media.de/images/qr-codes-action.jpg |
| b) detecting symbology associated with an object within the digital image using a portable electronic device; | *The Defendant, at least during internal use and testing, uses a portable electronic device to detect symbology (e.g., pattern of QR code) associated with an object (e.g., a QR code) within the digital image (e.g., area on printed media that includes the QR code). For example, when a user detects the QR code on the Defendant's advertisement below using their electronic device, the user is then directed to a website where the user is presented with additional information about the advertised product.* |

**Infringement Claim Chart for U.S. Pat. No. 8,424,752 vs. Chewy, Inc. ("Defendant")**

| | |
|---|---|
| |  https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf  http://www.qreative-media.de/images/qr-codes-action.jpg |
| c) decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device | *Defendant, at least during internal use and testing, decodes the symbology (i.e., the QR code pattern) to obtain a decode string using one or more visual detection applications residing on the portable electronic device (i.e., smartphone).*<br><br>*For example, the smartphone decodes the QR code using the image taken from the smartphone camera.* |

**Infringement Claim Chart for U.S. Pat. No. 8,424,752 vs. Chewy, Inc. ("Defendant")**

| | |
|---|---|
| |  https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf<br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |
| d) sending the decode string to a remote server for processing; | *The Accused Product, at least during internal use and testing, sends the decode string to a remote server for processing. For example, the smartphone sends the information associated with the QR code to the Defendants' server(s). The smartphone contacts the Defendants' server(s) and the information associated with the QR code is retrieved.* |

**Infringement Claim Chart for U.S. Pat. No. 8,424,752 vs. Chewy, Inc. ("Defendant")**



http://www.qreative-media.de/images/qr-codes-action.jpg

*Upon Scanning the QR code located on the product nutritional information, the website below is retrieved from server hosting the further information and is displayed.*

**Infringement Claim Chart for U.S. Pat. No. 8,424,752 vs. Chewy, Inc. ("Defendant")**

|  |  http://m.wysong.net/?diet=ge |
|---|---|
| e) receiving information about the object from the | *The portable electronic device used to detect the QR code, at least during internal use and testing, receives information about the object (e.g., the QR code) from the remote server (e.g.,* |

**Infringement Claim Chart for U.S. Pat. No. 8,424,752 vs. Chewy, Inc. ("Defendant")**

| | |
|---|---|
| remote server wherein the information is based on the decode string of the object; | *servers hosting the further information about the nutritional product) wherein the information received by the portable device (e.g., smartphone or tablet) is based on the decode string of the object (i.e., decoding the QR code).*  https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969 150_.pdf  http://www.qreative-media.de/images/qr-codes-action.jpg |
| f) displaying the information on a display device associated with the portable electronic device. | *The portable electronic device used by Defendant, at least during internal use and testing, displays the received information on the display device (i.e, screen of electronic device) associated with the portable electronic device (e.g., smartphone or tablet).* |

**Infringement Claim Chart for U.S. Pat. No. 8,424,752 vs. Chewy, Inc. ("Defendant")**



https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf

http://www.qreative-media.de/images/qr-codes-action.jpg

**Infringement Claim Chart for U.S. Pat. No. 8,424,752 vs. Chewy, Inc. ("Defendant")**



http://m.wysong.net/?diet=ge