# EXHIBIT "H"

**Infringement Claim Chart for U.S. Pat. No. 8,936,190v. Chewy, Inc. ("Defendant")**

| Claims 1 | Evidence |
|---|---|
| 1. A method comprising: | *Defendant provides a QR code on printed media (e.g., advertisements, packaging) associated with selected products; e.g., product nutritional information.*<br><br>https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf<br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |
| a) capturing a digital image using a digital image capturing device that is part | *Defendant, at least during internal use and testing, captures a digital image (i.e., area on printed media that contains the QR code) using a digital image capturing device (i.e., camera) that is part of an electronic device (e.g., smartphone, tablet).* |

| | |
|---|---|
| of an electronic device; |  https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf<br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |
| b) detecting symbology associated with the digital image using the electronic device; | *The Defendant, at least during internal use and testing, uses an electronic device to detect symbology (e.g., pattern of QR code) associated with the digital image (e.g., area on printed media that includes the QR code).  For example, when a user detects the QR code on the Defendant's advertisement below using their electronic device, the user is then directed to a website where the user is presented with additional information about the advertised product.* |

|  |  |
|---|---|
|  | <br><br>https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf<br><br><br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |
| c) decoding the symbology to obtain a decode string using one or more visual detection applications residing on the electronic device; | *Defendant, at least during internal use and testing, decodes the symbology (i.e., the QR code pattern) to obtain a decode string using one or more visual detection applications residing on the electronic device (i.e., smartphone).*<br><br>*For example, the smartphone decodes the QR code using the image taken from the smartphone camera.* |

| | |
|---|---|
| |  https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf<br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |
| d) sending the decode string to a remote server for processing; | *The Accused Product, at least during internal use and testing, sends the decode string to a remote server for processing. For example, the smartphone sends the information associated with the QR code to the Defendants' server(s). The smartphone contacts the Defendants' server(s) and the information associated with the QR code is retrieved.* |



http://www.qreative-media.de/images/qr-codes-action.jpg

*Upon Scanning the QR code located on the product nutritional information, the website below is retrieved from server hosting the further information and is displayed.*

| | |
|---|---|
| | <br>http://m.wysong.net/?diet=ge |
| e) receiving information | *The electronic device used to detect the QR code, at least during internal use and testing,* |

| | |
|---|---|
| about the digital image from the remote server wherein the information is based on the decode string; | *receives information about the digital image (e.g., the QR code) from the remote server (e.g., servers hosting the nutritional product information) wherein the information received by the device (e.g., smartphone or tablet) is based on the decode string of the digital image (i.e., decoding the QR code).*<br><br><br><br>https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf<br><br><br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |
| f) displaying the information on a display device associated with the electronic device. | *The electronic device used by Defendant, at least during internal use and testing, displays the received information on the display device (i.e, screen of electronic device) associated with the electronic device (e.g., smartphone or tablet).* |



https://img.chewy.com/is/content/catalog/82577_FeedingInstructions_Wysong._V1494969150_.pdf



http://www.qreative-media.de/images/qr-codes-action.jpg



http://m.wysong.net/?diet=ge