AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SYMBOLOGY INNOVATIONS, LLC

*Plaintiff(s)*

v.

CHEWY.COM

*Defendant(s)*

Civil Action No. 1:18-CV-20330-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chewy.com
c/o Registered Agent
Jennifer Hoberman
1855 Griffin Road, Suite B-328
Dania Beach, FL 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas C. Wright
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 1, 2018

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court