# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,**  Plaintiff,  v.  **CHEWY.COM,**  Defendant. | Civil Action No. 1:18-CV-20330-KMM  **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff Symbology Innovations, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of dismissal of the above-captioned action, with prejudice, with each party to bear its own costs, attorneys' fees and expenses. The defendant has not answered or filed a motion for summary judgment, therefore no order is required under the Rule.

Respectfully submitted,

*/s/ Alex J. Whitman*
Thomas C. Wright
Admitted *Pro Hac Vice*
Alex J. Whitman
Florida Bar No. 86276
**CUNNINGHAM SWAIM, LLP**
7557 Rambler Road, Suite 400
Dallas, Texas 75231
Phone: 214-646-1495
Facsimile: 214-613-1163
twright@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF**